2024R00186/VV

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**FILED**

AUG - 7 2026

AT 8:30 _12:05 PM_
CLERK, U.S. DISTRICT COURT - DNJ

/m

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | Crim. No. 26-405 |
| | : | |
| ANDREW TAKHISTOV | : | 18 U.S.C. § 373 |
| | : | 18 U.S.C. § 842(p)(2)(A) |

**I N D I C T M E N T**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

**COUNT ONE**
**(Solicitation to Damage an Energy Facility)**

From in or around May 2024 through in or around July 2024, in the District of New Jersey and elsewhere, the defendant,

**ANDREW TAKHISTOV,**

with the intent that another person engage in conduct constituting a felony that has an element the use and threatened use of physical force against the property of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce, and endeavor to persuade another person to engage in such conduct, to wit: to knowingly and willfully damage and attempt to damage the property of an energy facility, where the intended damage would have exceeded $100,000, and would have caused a significant interruption and impairment of a function of that energy facility, contrary to Title 18,

United States Code, Section 1366(a).

In violation of Title 18, United States Code, Section 373.

## COUNT TWO
### (Distribution of Information Relating to Explosives, Destructive Devices, and Weapons of Mass Destruction)

From in or around May 2024 through in or around July 2024, in the District of New Jersey and elsewhere, the defendant,

### ANDREW TAKHISTOV,

did teach and demonstrate the making and use of an explosive, destructive device, and a weapon of mass destruction, and distribute by any means information pertaining to, in whole and in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, with the intent that the information be used for, and in furtherance of, an activity that constitutes a Federal crime of violence, to wit: the destruction of an energy facility, contrary to Title 18, United States Code, Section 1366(a).

In violation of Title 18, United States Code, Section 842(p)(2)(A).

## FORFEITURE ALLEGATION

Upon conviction of the offense in violation of Title 18, United States Code, Section 842 charged in Count Two of this Indictment, the defendant,

### ANDREW TAKHISTOV,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

## SUBSTITUTE ASSETS PROVISION

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

4

the United States of America shall be entitled to forfeiture, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), of any other property of the defendant up to the value of above-described forfeitable property.

A TRUE BILL.

ROBERT FRAZER
United States Attorney

Vera Varshavsky
Assistant U.S. Attorney

Approved by:

Elaine K. Lou
Chief, Criminal Division

5

CASE NUMBER: ___26-405___

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

## ANDREW TAKHISTOV

## INDICTMENT FOR

18 U.S.C. § 373
18 U.S.C. § 842(p)(2)(A)

**A True Bill,**

ROBERT FRAZER
UNITED STATES ATTORNEY

VERA VARSHAVSKY
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 297-4389